

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00537-CR

EX PARTE JOSHUA COOK

§ On Appeal from the 89th District Court

§ of Wichita County (189,591-C)

§ May 31, 2019

§ Per Curiam

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's December 19, 2018 order.  Accordingly, we reverse that portion of the trial court's order denying Appellant's habeas corpus application and remand this case to the trial court for further proceedings.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM